IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States Of America, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 07-371-JPG |
| Donna L. Clutts, | ) ) | |
| Defendant. | ) ) | |

## CONSENT JUDGMENT

Plaintiff having filed its complaint, and defendant having waived her right to file an answer and waived any defense which she may have to the entry of judgment, and sufficient reason appearing for the entry of said judgment:

**IT IS HEREBY ORDERED** that judgment, as to Count I, is entered in favor of the plaintiff, United States of America, and against the defendant, Donna L. Clutts, in the total sum of $9,715.92 as of July 3, 2007, plus interest accruing at the rate of 7.14% from July 3, 2007 until the date of judgment, plus court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), together with future costs and interest. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

**IT IS HEREBY ORDERED** that judgment, as to Count II, is entered in favor of the plaintiff, United States of America, and against the defendant, Donna L. Clutts, in the total sum of $6,235.68 as of July 3, 2007, plus interest accruing at the rate of 7.94% from July 3, 2007 until the date of judgment. Post judgment interest shall accrue at the legal rate pursuant to

28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

IT IS FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket.

DATED: 10/19/07

J. PHIL GILBERT
United States District Judge

Entry of the foregoing judgment
is hereby consented to:

Gerald M. Burke
Assistant United States Attorney

8-15-07
Date

Donna L. Clutts      Date
Defendant

7/12/07